Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.:  23−15033−MBK
                  Chapter:  13
                  Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan M. Hebrew
   aka Susan Hebrew
   814 Alpine St
   Forked River, NJ 08731−1333

Social Security No.:
   xxx−xx−0549

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 19, 2023.

Dated: December 19, 2023
JAN: dmi

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-15033-MBK

Susan M. Hebrew  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4

Date Rcvd: Dec 19, 2023     Form ID: plncf13     Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Susan M. Hebrew, 814 Alpine St, Forked River, NJ 08731-1333 |
| 519941044 | + | 2 Rvr Com Bk, 1250 Highway 35 S, Middletown, NJ 07748-2013 |
| 519941045 | + | Advisors Mortgage Grou, 1411 Highway 35, Ocean, NJ 07712-3546 |
| 519941049 | | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 519941076 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Acceptance, 990 W 190th St, Torrance, CA 90502 |
| 519941083 | | Td Bank N.A., Greenville, SC 29601 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2023 21:15:52 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 519941046 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2023 21:03:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519941047 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2023 21:02:44 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519941048 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2023 21:02:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519941050 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 19 2023 21:02:34 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519941051 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2023 21:15:41 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519941052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2023 21:15:24 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519997334 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2023 21:26:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519941053 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2023 21:02:10 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519941054 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2023 21:02:35 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |

Case 23-15033-MBK    Doc 25    Filed 12/21/23    Entered 12/22/23 00:16:46    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 19, 2023 | Form ID: plncf13 | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| 519941055 | Email/Text: bankruptcydesk@colonialsavings.com | Dec 19 2023 20:58:00 | Colonial Savings & Loans, Attn Bankruptcy, PO Box 2988, Fort Worth, TX 76113-2988 |
| 519941056 | Email/Text: bankruptcydesk@colonialsavings.com | Dec 19 2023 20:58:00 | Colonial Savings Fa, PO Box 2988, Fort Worth, TX 76113-2988 |
| 519941057 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenity Bank/Catherines, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519941058 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenity Bank/Fashbug, PO Box 182789, Columbus, OH 43218-2789 |
| 519941059 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519941060 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519941061 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 519941063 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519941062 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenity Bank/Mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519941064 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519941065 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenitybank/catherine, PO Box 182789, Columbus, OH 43218-2789 |
| 519941066 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 519941067 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519941068 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenitycb/forever21, PO Box 182120, Columbus, OH 43218-2120 |
| 519941069 | Email/Text: nculp@firstffcu.com | Dec 19 2023 20:58:00 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 519941070 | ^ MEBN | Dec 19 2023 20:50:17 | Guidance Res/US Bk, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 520000573 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2023 20:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519941071 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 19 2023 21:15:39 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519959258 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 19 2023 20:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519941072 | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2023 20:55:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519941073 | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2023 20:55:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519941074 | Email/Text: nsm_bk_notices@mrcooper.com | Dec 19 2023 20:56:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 519998266 | Email/Text: nsm_bk_notices@mrcooper.com | Dec 19 2023 20:56:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 519998267 | Email/Text: nsm_bk_notices@mrcooper.com | Dec 19 2023 20:56:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 519941075 | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 19, 2023 | Form ID: plncf13 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 19 2023 20:56:00 | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 519971454 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 19 2023 20:56:00 | Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519941077 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:15:52 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 519941078 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:15:52 | Syncb/jc Penney Dc, PO Box 71729, Philadelphia, PA 19176-1729 |
| 519941079 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:03:00 | Syncb/jcp, PO Box 71729, Philadelphia, PA 19176-1729 |
| 519941080 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:15:24 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519941081 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:02:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519941082 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:37:36 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519941084 | | Email/Text: bankruptcy@td.com | | |
| | | | Dec 19 2023 20:58:00 | Td Bank, N.A., Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 519966854 | ^ | MEBN | | |
| | | | Dec 19 2023 20:50:13 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519941085 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Dec 19 2023 21:02:52 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519941086 | ^ | MEBN | | |
| | | | Dec 19 2023 20:50:36 | US Bank Home Mortgage, PO Box 21977, Eagan, MN 55121-0977 |
| 519956656 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:15:25 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 519971191 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:02:28 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519941087 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:02:20 | Wells Fargo Hm Mortgag, PO Box 10335, Des Moines, IA 50306-0335 |
| 519941088 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:02:22 | Wells Fargo Home Mortgage, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 519941089 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:02:21 | Wells Fargo National B, PO Box 14517, Des Moines, IA 50306-3517 |
| 519941090 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:03:00 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 519941091 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:02:06 | Wf/fmg, PO Box 14517, Des Moines, IA 50306-3517 |
| 519941092 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 19 2023 21:15:13 | Wffnatbank, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Dec 19, 2023 | Form ID: plncf13 | Total Noticed: 62

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor Susan M. Hebrew bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6